UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Advantage Consulting Group, Ltd., doing business as Advantage International Integrated Recruitment Solutions, a Minnesota Corporation organized under the laws of Minnesota, and Carl Braun as its President and General Manager,

Plaintiffs,

vs.

ADT Security Services, Inc., a Delaware corporation,

Defendant.

Civil No.: 00-424 JRT/FLN

**STIPULATION TO AMEND PLEADING AND ORDER**

---

**STIPULATION**

The above named parties, by and through their respective attorneys whose signatures appear below hereby stipulate that Defendant ADT Security Services, Inc. may serve and file an Answer and Amended Counterclaim in the form attached hereto as Exhibit "1" and the court may enter its order granting leave to amend forthwith.

Date: July 26, 2000

ABDO AND ABDO, P.A.

By Keith J. Broady
Keith J. Broady
Attorney for Defendant
710 Northstar West
625 Marquette Avenue
Minneapolis, MN 55402
(612) 333-1526
Minnesota I.D. No. 120972

FILED 8/24/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

HOLSTAD & KNAAK, P.L.C.

By______________________________
Frederic W. Knaak, #56777
Attorney for Plaintiff
3535 Vadnais Centre Drive
St. Paul, MN 55110
(651-490-9078

**ORDER**

Based on the foregoing Stipulation, Defendant is hereby granted leave to serve and file its Answer and Amended Counterclaim.

Dated: Aug 21, 2000

______________________________
Franklin L. Noel
Chief Magistrate Judge

wd\adt\docs\stipulation to amend pleading and order