UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Advantage Consulting Group, Ltd., doing business as Advantage International Integrated Recruitment Solutions, a Minnesota Corporation organized under the laws of Minnesota, and Carl Braun as its President and General Manager,

Plaintiffs,

vs.

ADT Security Services, Inc., a Delaware corporation,

Defendant.

Civil No.: 00-424 JRT/FLN

**ORDER**

**THIS MATTER** came before the undersigned United States Magistrate Judge on October 2, 2000, on Defendant's Motion to Compel Discovery and Extend the Pretrial Schedule [#13].

Based upon the files, records, and proceedings herein, it is hereby **ORDERED** that Defendant's Motion is **GRANTED IN PART AND DENIED IN PART**, as follows:

1. To the extent that the Motion seeks to compel discovery, it is **DENIED AS MOOT**;

2. To the extent that the Motion seeks to amend the pretrial schedule, it is **GRANTED**.

   a. Discovery shall be completed on or before March 1, 2001;

   b. All other previously scheduled dates shall remain the same.

DATED: Oct 24, 2000

Franklin L Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

FILED OCT 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______