UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Advantage Consulting Group and Carl Braun,

Plaintiff,

v.

ADT Security Systems, Inc.,

Defendant.

Civil 00-424 JRT/FLN

ORDER

---

The above entitled matter came on for hearing before the undersigned Magistrate Judge on November 27, 2000, on defendant's motion to compel discovery and to extend the pretrial schedule. Keith J. Broady, Esq., appeared on behalf of the defendant. No one appeared on behalf of the plaintiff.

Based upon all the files, records and proceedings herein, and the court being fully advised in the premises:

IT IS HEREBY ORDERED that:

1. Plaintiff is ordered to fully respond to Defendant's Interrogatories and Request for Production of Documents Set 1 within ten (10) days from the date of this order;

2. Plaintiff shall pay to Defendant the sum of $700.00 for reasonable expenses and attorneys' fees incurred in bringing this motion and said payment shall be made within ten (10) days of the date of this order; and

3. The request to extend the pretrial schedule is DENIED without prejudice.

DATED: Nov. 28, 2000.

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

FILED NOV 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____