**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Advantage Consulting Group, Ltd., doing business as Advantage International Integrated Recruitment Solutions, a Minnesota Corporation organized under the laws of Minnesota, and Carl Braun as its President and General Manager,

Plaintiff,

ADT Security Services, Inc., a Delaware corporation,

Defendant.

Civil No. 00-424-JRT/FLN

**STIPULATION AND ORDER**

The parties, Advantage Consulting Group, Ltd., and ADT Security Services, Inc., hereby stipulate and agree that Carl Braun, as President and General Manager of Advantage Consulting Group, Ltd., is dismissed as a Plaintiff in this matter.

Dated: August 15, 2001

HOLSTAD & KNAAK

Frederic W. Knaak, #56777
1690 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101
Telephone: 651-490-9078
Attorneys for Plaintiff

Dated: Aug 15, 2001

ABDO AND ABDO, P.A.

Keith J. Broady - #120972
710 Northstar West
625 Marquette Avenue
Minneapolis, MN 55402
Telephone: 612-333-1526
Attorneys for Defendant

AUG 21 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS HEREBY ORDERED that Carl Braun, as President and General Manager of Advantage Consulting Group, Ltd. is hereby dismissed as a Plaintiff in this action.

Dated: 8/20/2001

The Honorable John R. Tunheim
Judge of the United States District Court
of Minnesota

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500