# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Advantage Consulting Group and Carl Braun

Case No. Civil 00-424JRT/FLN

v.

**JUDGMENT IN A CIVIL CASE**

ADT Security Services, Inc.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's motion for summary judgment is **GRANTED**; defendant's motion for summary judgment is **DENIED**; Counts I, II and III of the amended counterclaim are dismissed with prejudice and judgment is entered against the defendant in the amount of $95,250.

DATE: September 6, 2001

FRANCIS E. DOSAL, CLERK

______________________________

Denise LaFond, Deputy Clerk