Bond Number 37S 103319599

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Advantage Consulting Group, Ltd., doing business as Advantage International Integrated Recruitment Solutions, a Minnesota Corporation organized under the laws of Minnesota, and Carl Braun as its President and General Manager,<br><br>Plaintiffs,<br><br>Vs<br><br>ADT Security Services, Inc., a Delaware corporation,<br><br>Defendant. | **SUPERSEDEAS BOND**<br><br>COURT FILE NO. 00-424-JRT/FIN |

KNOW ALL BY THESE PRESENTS, in consideration of the premium paid and the underwriting conditions agreed to, That ADT Security Services, Inc., as Principal(s) and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA of Hartford, Connecticut, as Surety, are held and firmly bound unto Advantage Consulting Group, Inc. et al. in the sum of ($100,000.00) one hundred thousand Dollars, lawful money of the United States, to be paid unto the said Advantage Consulting Group, Inc. et al., heirs, legal representatives or assigns, for which payment well and truly to be made, we bind ourselves, our heirs, legal representatives, and assigns, firmly by these presents.

That the undersigned will at all times indemnify the Surety and save it harmless from and against any and all claims, demands, judgments, liabilities, loss, damage, or expense of every kind and nature including court costs and attorneys fees, which it shall sustain or incur in consequence of it having executed said bond.

Signed and Sealed by us this 5 day of October, 2001.

The condition of this obligation is such that, whereas the said ADT Security Services, Inc. appeal(s) to the United States Court of Appeals for the Eighth Circuit from the Final Judgment Entered September 6, 2001.

NOW THEREFORE, If said ADT Security Services, Inc. shall pay all costs and charges which may be awarded against {he-she-P} on said appeal; and shall pay the damages sustained by the Advantage Consulting Group, Inc. et al. in consequence of the appeal, and the obedience to and satisfaction of the order of judgment which the court may give if the order or any part of it is affirmed or if the appeal is dismissed, this obligation shall become void; otherwise to be and remain in full force and effect.

In Presence of

Diane Lippman
Witness

ADT Security Services, Inc.

BY: Daniel J. McGrath
Daniel J. McGrath, Assistant Secretary

DANIEL J. MCGRATH
ASSISTANT SECRETARY
ADT SECURITY SERVICES, INC.

Travelers Casualty and Surety Company of America

BY: Richard H. Davies
Richard H. Davies, Attorney-in-Fact

Witness

Approved this 10th day of October, 2001.

Judge

THE PATRICK J. THOMAS AGENCY, Minneapolis and St. Paul, Minnesota.

FILED OCT 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## ACKNOWLEDGMENT OF PRINCIPAL(S)

STATE OF FLORIDA )
) ss.
COUNTY OF PALM BEACH )

BE IT KNOWN, that on the 8th day of OCTOBER, 2001, personally appeared before me, Danial J. McGrath, Assistant Secretary of ADT Security Services Inc. to me well known to be the person who executed the foregoing bond, and has acknowledged the same to be its own free act and deed, and that {he-she-P} executed the same for the uses and purposes therein expressed.

DIANE LIPPMAN
MY COMMISSION # CC 704291
EXPIRES: December 22, 2001
Bonded Thru Notary Public Underwriters

Diane Lippman
Notary Public

## ACKNOWLEDGMENT OF SURETY

STATE OF MINNESOTA )
)ss.
COUNTY OF HENNEPIN )

On this 5 day of 10, 2001, before me personally appeared Richard H. Davies to me personally known, who being sworn did say the he is the Attorney-In-Fact of the TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, that the seal affixed to the foregoing instrument is the corporate seal of that corporation, and that said instrument was executed on behalf of the corporation by authority of its Board of Directors; he has acknowledged said instrument to be the free act and deed of said corporation.

JONATHAN S. DAVIES
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005

Notary Public

**IN WITNESS WHEREOF, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY** have caused this instrument to be signed by their **Senior Vice President** and their corporate seals to be hereto affixed this 15th day of December 2000.

STATE OF CONNECTICUT

}SS. Hartford

COUNTY OF HARTFORD

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**
**TRAVELERS CASUALTY AND SURETY COMPANY**
**FARMINGTON CASUALTY COMPANY**

By ______________________

**George W. Thompson**
**Senior Vice President**

On this 15th day of December, 2000 before me personally came **GEORGE W. THOMPSON** to me known, who, being by me duly sworn, did depose and say: that he/she is **Senior Vice President** of **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY**, the corporations described in and which executed the above instrument; that he/she knows the seals of said corporations; that the seals affixed to the said instrument are such corporate seals; and that he/she executed the said instrument on behalf of the corporations by authority of his/her office under the Standing Resolutions thereof.

My commission expires June 30, 2001 Notary Public
**Marie C. Tetreault**

CERTIFICATE

I, the undersigned, **Assistant Secretary** of **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY,** stock corporations of the State of Connecticut, DO HEREBY CERTIFY that the foregoing and attached Power of Attorney and Certificate of Authority remains in full force and has not been revoked; and furthermore, that the Standing Resolutions of the Boards of Directors, as set forth in the Certificate of Authority, are now in force.

Signed and Sealed at the Home Office of the Company, in the City of Hartford, State of Connecticut. Dated this 5th day of October, 2001.

By ______________________

**Kori M. Johanson**
**Assistant Secretary, Bond**