**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Advantage Consulting Group, Ltd.,

Plaintiff,

vs.

ADT Security Services, Inc.,

Defendant.

Civil No.: 00-424 JRT/FLN

**STIPULATION AND ORDER AMENDING JUDGMENT**

---

## STIPULATION

The above-named parties by and through their respective attorneys whose signatures appear below hereby stipulate and agree that the Court may order entry of an amended judgment under which the amounts to be paid by Defendant to Plaintiff are offset against the amounts to be paid by Plaintiff to Defendant resulting in a net judgment entered in favor of Defendant and against Plaintiff in the sum of $20,414 plus interest ($115,664 minus $95,250).

Date: Jan. 21, 2003

ABDO, ABDO, BROADY & SATORIUS, P.A.

By Keith J. Broady

Keith J. Broady
Attorney for Defendant
710 Northstar West
625 Marquette Avenue
Minneapolis, MN 55402
(612) 333-1526
Minnesota I.D. No. 120972

JAN 23 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: January 17, 2003

KNAAK & KANTRUD

By [signature]
Frederic W. Knaak, #56777
Attorney for Plaintiff
3500 Willow Lake Road, Suite 800
St. Paul, MN 55110
(651)-490-9078

**ORDER AMENDING JUDGMENT**

Based upon the foregoing Stipulation and all of the files, records and proceedings herein

**IT IS HEREBY ORDERED** that judgment as amended be entered as follows:

1. Advantage Consulting Group shall pay ADT Security Services, Inc. the net amount of $20,414 plus interest.

**LET JUDGMENT AS AMENDED BE ENTERED ACCORDINGLY.**

DATED: January 22, 2003
at Minneapolis, Minnesota.

[signature]
JOHN R. TUNHEIM
United States District Judge